# United States Court of Appeals
## For the First Circuit

No. 25-1996

ADRIANO MAIA DOS SANTOS,

Petitioner- Appellee,

v.

KRISTI L. NOEM, Secretary of the U.S. Department of Homeland Security; TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement; JOSEPH D. MCDONALD, JR., Sheriff of Plymouth County, Massachusetts; ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility,

Respondents - Appellants.

**JUDGMENT**

Entered: February 10, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellants Todd M. Lyons, Joseph D. McDonald, Jr., Antone Moniz, and Kristi Noem's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2).

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Mary Beth Murrane
Donald Campbell Lockhart
Rayford A. Farquhar
Abraham R. George
Ilana Joslyn Snyder
Julian N. Canzoneri
Peter Gannon
Christopher J. Lavery